STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Dwazendra J. Smith
Doran & Cawthorne L.L.C.
521 E. LAndry Street
Opelousas LA 70571

**REHEARING ACTION: July 25, 2018**

**Docket Number: 18   00071-JWC**

**STATE IN THE INTEREST OF NICHO'LAS P. JONES
VERSUS
DANNYE' C. JONES, SR., ET AL.**

**Writ Application from Lafayette Parish Case No. 2015-FC-212H**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks
    Hon. Elizabeth A. Pickett
    Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Nicol P. Miller** has this day been

    **DENIED.**

cc: Desiree G. Dangerfield, Counsel for the Appellee
    Harley Mark Brown, Counsel for  the Respondent